**Tony CAMPBELL, Plaintiff–Appellant,**

v.

**G. WOODFORD, Defendant–Appellee.**

**No. 05–17191.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 16, 2007 *.

Filed May 23, 2007.

Tony Campbell, Represa, CA, pro se.

Before: PREGERSON, REINHARDT,
and TASHIMA, Circuit Judges.

MEMORANDUM **

California state prisoner Tony Campbell
appeals pro se from the district court's
judgment dismissing for failure to state a
claim his 42 U.S.C. § 1983 action alleging
defendant violated his due process rights
during disciplinary proceedings. We have
jurisdiction under 28 U.S.C. § 1291. We
review de novo the district court's dismiss-
al pursuant to 28 U.S.C. § 1915A, *Ramirez
v. Galaza,* 334 F.3d 850, 853–54 (9th Cir.
2003), and we affirm.

Campbell's due process claim challenged
the propriety of a disciplinary proceeding
that resulted in the loss of 90 days of good-

time credit. The district court properly
dismissed the claim because Campbell did
not allege that the punishment had been
invalidated. *See Edwards v. Balisok,* 520
U.S. 641, 646–48, 117 S.Ct. 1584, 137
L.Ed.2d 906 (1997) (holding that a due
process claim challenging disciplinary pro-
ceeding that necessarily implies the inval-
idity of the deprivation of good-time cred-
its is not cognizable under section 1983).

The remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

